JAMES RYAN NEWHART     *     NO. 2020-CA-0374

VERSUS        *    COURT OF APPEAL

DIEDRE PIERCE KELLY AND   *    FOURTH CIRCUIT
ARTHUR MORRELL, IN HIS
OFFICIAL CAPACITY AS    *    STATE OF LOUISIANA
CLERK OF COURT FOR THE
PARISH OF ORLEANS, STATE   *
OF LOUISIANA
          *
      * * * * * * *

CONSOLIDATED WITH:      CONSOLIDATED WITH:

C. GARY WAINWRIGHT      NO. 2020-CA-0375

VERSUS

DIEDRE PIERCE KELLY AND
THE HONORABLE ARTHUR A.
MORRELL

*DNA*

**ATKINS, J., CONCURS FOR THE REASONS ASSIGNED BY J. LEDET.**